United States District Court
For The District of Wyoming

FILED
1:11 pm, 1/9/18
**Stephan Harris**
**Clerk of Court**

ROBERT M. LANE,

    Plaintiff,

vs.                              Civil No. 15-CV-155-F

LUCAS E. BUCKLEY, et al,

    Defendants.

## JUDGMENT ON ATTORNEY FEES

The Court having granted Defendant Lane's Motion for Attorney Fees on January 9, 2018, and the Court having ordered that Judgment be entered against Plaintiff Robert M. Lane in favor of Defendant Patricia E. Lane in the amount of One Hundred Twenty-nine Thousand Eight Hundred Ninety-nine Dollars ($129,899.00) for reasonable attorneys' fees in this case.

Therefore, Judgment is hereby entered against Plaintiff, Robert M. Lane and in favor of Defendant Patricia E. Lane in the amount of One Hundred Twenty-nine Thousand Eight Hundred Ninety-nine Dollars ($129,899.00) for reasonable attorneys' fees in this case.

Dated this 9th day of January, 2018.

_____
*Clerk of Court or Deputy Clerk*